(August 20, 1997)

■ In the Matter of JOSE I. ADAMES, Appellant, v ELIZABETH BATISTA et al., Respondents. [661 NYS2d 961] —Judgment, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered August 12, 1997, unanimously affirmed for the reasons stated by Abdus-Salaam, J., without costs or disbursements. Furthermore, it is apparent that objections were served on time and the appellant failed to prove the validity of the challenged signatures. No opinion. Concur—Rubin, J. P., Williams, Tom, Andrias and Colabella, JJ.

■ In the Matter of IRIS FERNANDEZ et al., Appellants, v FREDERIC M. UMANE et al., Respondents. [661 NYS2d 960] —Judgment, Supreme Court, Bronx County (John Collins, J.), entered August 15, 1997, unanimously affirmed for the reasons stated by Collins, J., without costs or disbursements. No opinion. Concur—Williams, J. P., Tom, Andrias and Colabella, JJ.